UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **THE RICK NELSON COMPANY, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**SONY MUSIC ENTERTAINMENT,**<br><br>Defendant. | Case No.: 1:18-cv-08791-LLS |

**PLAINTIFF'S NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTICE that on a May 25, 2021 at 12:00 p.m., or as soon as the matter may be heard by the Honorable Louis L. Stanton in Courtroom 21C of the Daniel Patrick Moynihan, United States Courthouse, located at 500 Pearl Street, New York, NY 10007-1312, Plaintiff The Rick Nelson Company LLC, will and hereby does apply for an order of final approval of the proposed class settlement between Plaintiff and Defendant Sony Music Entertainment in this action.

DATED: January 15, 2021              Respectfully submitted,


                                     By:    */s/ Bobby Pouya*
                                            BOBBY POUYA

                                     Daniel L. Warshaw (Admitted *Pro Hac Vice*)
                                     Bobby Pouya (Admitted *Pro Hac Vice*)
                                     **PEARSON, SIMON & WARSHAW, LLP**
                                     15165 Ventura Boulevard, Suite 400
                                     Sherman Oaks, CA 91403
                                     Telephone: (818) 788-8300
                                     Facsimile:  (818) 788-8104
                                     dwarshaw@pswlaw.com

947832.1

bpouya@pswlaw.com

Jeffrey A. Koncius
Nicole Ramirez (Admitted *Pro Hac Vice*)
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Telephone: (310) 854-4444
Facsimile: (310) 854-0812
koncius@kiesel.law
ramirez@kiesel.law

Laurie Rubinow
James C. Shah
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
52 Duane Street, 7th Floor
New York, New York 10007
Telephone: (212) 419-0156
Facsimile: (866) 300-7367
lrubinow@sfmslaw.com
jshah@sfmslaw.com

Neville L. Johnson (Admitted *Pro Hac Vice*)
Douglas L. Johnson (Admitted *Pro Hac Vice*)
Daniel B. Lifschitz (Admitted *Pro Hac Vice*)
**JOHNSON & JOHNSON**
439 N. Canon Dr. Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
njohnson@jjllplaw.com
djohnson@jjllplaw.com
dlifschitz@jjllplaw.com

*Attorneys for Plaintiff and the Proposed Class*