ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/22

THE RICK NELSON COMPANY, LLC,

Plaintiff,

v.

SONY MUSIC ENTERTAINMENT,

Defendant.

Case No. 1:18-CV-08791 (LLS)

LLS

[~~PROPOSED~~] CLASS DISTRIBUTION ORDER

Defendants, on notice to Class Counsel, having moved the Court for an order approving the distribution of the Past Settlement Relief pursuant to the Settlement approved by the Judgment dated May 25, 2021, in the above-captioned class action (the "Action"), and the Court having considered all the materials and arguments submitted in support of the motion, including the Declaration of Andrew W. Hahn in Support of Defendant's Motion for Class Distribution Order (the "Hahn Declaration") and the Declaration of Andrea Finkelstein in Support of Defendant's Motion for Class Distribution Order (the "Finkelstein Declaration," and together with the Hahn Declaration, the "SME Declarations"), submitted therewith;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement dated September 4, 2020 (the "Stipulation") and the SME Declarations, and all terms used herein shall have the same meanings as set forth in the Stipulation or in the SME Declarations.

2. The Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all Class Members.

3. Defendant's motion for a Class Distribution Order is APPROVED. Accordingly, Defendant's determinations of Authorized Past Claimants set forth in Exhibit C to the Finkelstein Declaration are adopted; Defendant's recommendations to reject the claims set forth in Exhibit B to the Finkelstein Declaration are adopted; any other claims with respect to the Past Settlement Relief, including those submitted after November 30, 2020, are rejected; and Defendant is directed to distribute the Past Settlement Relief as set forth in Exhibit C to the Finkelstein Declaration and Paragraphs 10 and 20 of the Stipulation.

4. No further claims for Past Settlement Relief may be accepted, and no further adjustments to any claims for Past Settlement Relief may be made for any reason, after the date of this Order. All Class Members, whether or not they receive payment from the Past Settlement Relief, are hereby barred from making any further claims against the Past Settlement Relief beyond the amount allocated to them as Authorized Past Claimants.

5. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the Claim Forms submitted herein, or otherwise involved in the administration of the Past Settlement Relief, are hereby released and discharged from any and all claims arising out of such involvement.

6. The Court retains jurisdiction to consider any further applications concerning the administration of the Settlement, and such other and further relief as this Court deems appropriate.

Dated:   New York, New York
         March 20, 2022

_____
Honorable Louis L. Stanton
UNITED STATES DISTRICT JUDGE

3/20/22